**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

January 12, 2016

**Via CM/ECF and Email**

The Honorable Richard J. Sullivan
Email: SullivanNYSDChambers@nysd.uscourts.gov

  Re: *PRL USA Holdings, Inc.* ("PRL") *v. United States Polo Association, Inc., et al.*, **(collectively, the "USPA Parties"), No. 1:14-cv-00764-RJS**

Dear Judge Sullivan:

  In accordance with the Court's July 15, 2015 Order ("Order"), the parties respectfully submit this joint letter to apprise the Court of the status of the arbitration proceedings initiated by PRL and the USPA Parties. On January 4, 2016, the Panel issued an award denying PRL's motion that the Panel lacked jurisdiction over the parties' claims relating to the USPA Parties' retail stores and e-commerce site. The Panel intends to hold a conference call with the parties to determine a schedule for subsequent proceedings with respect to these claims. The conference call has yet to be scheduled.

  Fact discovery is scheduled to proceed with respect to the USPA Parties' declaratory judgment claim and PRL's related counterclaims relating to the USPA Parties' use of the Double Horsemen Mark on certain apparel products, and under the current schedule, will be completed by mid-March 2016. A merits hearing date has not yet been scheduled.

  Pursuant to the Court's Order, the parties will update the Court as to the status of the arbitration on March 14, 2016.

            Respectfully submitted,

            WILSON SONSINI GOODRICH & ROSATI
            Professional Corporation

            s/ Michael S. Sommer
            Michael S. Sommer
            Jessica L. Margolis
            1301 Avenue of the Americas, 40th Floor
            New York, New York 10019
            Telephone: (212) 999-5800
            Facsimile: (212) 999-5899
            msommer@wsgr.com
            jmargolis@wsgr.com

          *Attorneys for JRA Trademark Company, Ltd.*

Case 1:14-cv-00764-RJS   Document 59   Filed 01/12/16   Page 2 of 2

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

The Honorable Richard J. Sullivan
January 12, 2016
Page 2

        OLSHAN FROME WOLOSKY LLP

        s/ Kyle C. Bisceglie
        Kyle C. Bisceglie
        Matteo J. Rosselli
        65 East 55th Street
        New York, New York 10022
        Telephone:  (212) 451-2300
        Facsimile:  (212) 451-2222
        kbisceglie@olshanlaw.com
        mrosselli@olshanlaw.com

*Attorneys for United States Polo Ass'n, Inc. and USPA Properties, Inc.*

KELLEY DRYE LLP

        s/ John M. Callagy
        John M. Callagy
        Andrea L. Calvaruso
        101 Park Avenue
        New York, New York 10178
        Telephone:  (212) 808-7800
        Facsimile:  (212) 808-7897
        jcallagy@kelleydrye.com
        acalvaruso@kelleydrye.com

*Attorneys for PRL USA Holdings, Inc.*